(V. D. 23)

FELIX M. MENDELSON
HOYT, SHEPSTON & SCIARONI }   *v.*   UNITED STATES

Entry No. 616, etc.

(Decided March 9, 1956)

*Lawrence & Tuttle* for the plaintiffs.

*Warren E. Burger*, Assistant Attorney General, for the defendant.

WILSON, Judge: The cases listed in schedule "A," hereto attached and made a part hereof, involve valuation proceedings which arose by reason of judgments entered by this court in *Felix M. Mendelson and Hoyt, Shepston & Sciaroni et al.* v. *United States*, 31 Cust. Ct. 311, Abstract 57653; *Thalson Co. and Joseph A. Paredes & Co. et al.* v. *United States*, 33 Cust. Ct. 305, Abstract 58234; *Felix M. Mendelson and Hoyt, Shepston & Sciaroni et al.* v. *United States*, 34 Cust. Ct. 313, Abstract 58859; and *Frazar & Hansen, Ltd., et al.* v. *United States*, 35 Cust. Ct. 205, Abstract 59190. By those judgments, under the terms of the statute (28 U. S. C. § 2636 (d)), the matters were remanded to a single judge to "determine the proper dutiable value of the merchandise." The proceedings have been abandoned by counsel for the plaintiffs. They are, therefore, dismissed.

Judgment will be entered accordingly.